**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 13-30156 |
| Plaintiff - Appellee, | D.C. No. 3:11-cr-00385-HZ |
| v. | |
| RASHAD Q. SANDERS, | MEMORANDUM* |
| Defendant - Appellant. | |

Appeal from the United States District Court
for the District of Oregon
Marco A. Hernandez, District Judge, Presiding

Submitted February 18, 2014**

Before:     ALARCÓN, O'SCANNLAIN, and FERNANDEZ, Circuit Judges.

Rashad Q. Sanders appeals from the district court's judgment and challenges

his guilty-plea conviction and 194-month sentence for transportation of a minor, in

violation of 18 U.S.C. § 2423(a); and two counts of sex trafficking of a minor, in

violation of 18 U.S.C. §§ 1591(a), 1591(b)(2), and 1594(a).  Pursuant to *Anders v.*

---

\*      This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

\*\*      The panel unanimously concludes this case is suitable for decision
without oral argument.  *See* Fed. R. App. P. 34(a)(2).

*California*, 386 U.S. 738 (1967), Sanders's counsel has filed a brief stating that there are no grounds for relief, along with a motion to withdraw as counsel of record. We have provided Sanders the opportunity to file a pro se supplemental brief. No pro se supplemental brief or answering brief has been filed.

Sanders has waived his right to appeal his conviction and sentence. Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 80 (1988), discloses no arguable issue as to the validity of the waiver. *See United States v. Watson*, 582 F.3d 974, 986-88 (9th Cir. 2009). We accordingly dismiss the appeal. *See id*. at 988.

Counsel's motion to withdraw is **GRANTED.**

**DISMISSED.**

13-30156